USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-16-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                Plaintiff,

                                20-CR-660 (ALC)

   -against-

                                **ORDER**

ERVIN MAKISHTI,

                                Defendant.

------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Change of Plea hearing is scheduled for **September 27, 2022** at **2:00 p.m.**

SO ORDERED.

Dated:     New York, New York
            September 16, 2022

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**