UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___9-27-22___

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,                    :

                                  Plaintiff,  :

            -against-                         :               20-CR-660 (ALC)

ERVIN MAKISHTI,                               :               **ORDER**

                                  Defendant.  :

                                              :

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

     Today's Change of Plea hearing is adjourned to **September 29, 2022**

at **3:30 p.m.**

**SO ORDERED.**

Dated:       New York, New York
             September 27, 2022

                                      **ANDREW L. CARTER, JR.**
                                        **United States District Judge**