

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2023

**VIA ECF AND E-MAIL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-23-23

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ervin Makishti*, 20 Cr. 660 (ALC)

Dear Judge Carter:

The Government, after conferring with and receiving the consent of defense counsel, respectfully writes to request that the Court permit the Government to have until Monday, February 27, 2023 to file its sentencing submission as to defendant Ervin Makishti. This sentencing submission presently is due today. Sentencing is scheduled for March 2, 2023 at 3:30 p.m. and the Government is not seeking an adjournment of sentencing. The Government respectfully requests this additional time so that it may thoughtfully address the defendant's submissions which were filed two days ago and yesterday, on February 21 and 22, 2023.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/_____
Samuel Raymond / David R. Felton
Assistant United States Attorneys
(212) 637-6519 / -2299

cc: Leo V. Duval, Esq. (by ECF and e-mail)

The application is ✓ granted. ___ denied.

/s/ Andrew L. Carter Jr, U.S.D.J.
Dated: February 23, 2023
NY, New York