USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/24/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -against- | 20-CR-660 (ALC) |
| ERVIN MAKISHTI, | **ORDER** |
| Defendant. | |

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

A Status Conference is set for **March 31, 2023** at **11:00 a.m.**

**SO ORDERED.**

**Dated:** New York, New York
March 24, 2023

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**