USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **4-5-23**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,                              :

                       **Plaintiff,**             :

           -against-                                   :

ERVIN MAKISHTI,                                              :

                    **Defendant.**         :

                                 :

-------------------------------------------------------------------- x

**20-CR-660 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      IT IS HEREBY ORDERED that Ervin Makishti's passport be returned.

**SO ORDERED.**

Dated:      **New York, New York**
             **March 31, 2023**

                                               **ANDREW L. CARTER, JR.**
                                         **United States District Judge**